(119 So. 879)

No. 29643.

STATE of Louisiana v. Sid C. ANSTEAD.

Jan. 2, 1929.

W. B. Kemp, of Amite, for appellant.

Percy Saint, Atty. Gen., A. L. Ponder, Dist. Atty., of Amite, and E. R. Schowalter, Asst. Atty. Gen., for the State.

OVERTON, J. Defendant was convicted on a bill of information charging him with unlawfully possessing intoxicating liquor for beverage purposes, and was duly sentenced. The record presents no bill of exception, no assignment of error, and no error appears on the face of the record, nor has defendant made any appearance in this court, either by brief or otherwise. There remains nothing to do, but to affirm the conviction and the sentence. The appeal was apparently taken for delay.

For the reasons assigned, the conviction and the sentence appealed from are affirmed.

(119 So. 879)

No. 29623.

STATE of Louisiana v. Pat POWELL and Mrs. Isaac McKeithen.

Jan. 2, 1929.

William H. Mecom, of Columbia, for appellant.

Percy Saint, Atty. Gen., and Harry Fuller, Dist. Atty., G. M. Wallace, Asst. Dist. Atty., both of Winnfield, and E. R. Schowalter, Asst. Atty. Gen., for the State.

BRUNOT, J. Appellants were indicted, arraigned, tried, and convicted of the crime of assault with intent to murder. Each of the defendants was sentenced to serve a term in the Louisiana State Penitentiary. From the verdict and sentence both appealed.

There is no bill of exception or assignment of error in the record; no error is patent on its face, and defendants have not filed a brief in the case. State v. Mann, 163 La. 477, 112 So. 304; State v. Hamilton, 164 La. 717, 114 So. 605.

There are no jurisdictional questions involved.

The minutes show that counsel for defendants excepted to the overruling of a motion for a new trial, but no bill was reserved to the ruling. State ex rel. Markham v. Read, 52 La. Ann. 271, 26 So. 826; State v. Evans, 135 La. 891, 66 So. 259; State v. Foster, 164 La. 840, 114 So. 696; State v. Cockerham, 165 La. 559, 115 So. 750.

The verdict and sentence are affirmed.